IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 6:19-cv-00537-ADA <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JOHN M. GUARAGNA IN SUPPORT OF APPLE INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

I, John M. Guaragna, hereby declare as follows:

1.  I am an attorney at DLA Piper LLP (US), counsel of record in this action for Defendant Apple Inc. I am a member of the Bar of the State of Texas and have been admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.  Attached as Exhibit 1 is a true and correct copy of Solas OLED's Board of Directors and staff members listing retrieved on January 17, 2020 from https://www.solasoled.com/our_team.html.

3.  Attached as Exhibit 2 is a true and correct copy of Solas OLED's jobs listings retrieved on January 17, 2020 from https://www.solasoled.com/careers.html.

4.  Attached as Exhibit 3 is a true and correct copy of Google Flights search results from San Francisco, California to Austin, Texas retrieved on January 17, 2020 from https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx

1

=2&hl=en&gl=us#flt=SFO./m/0f2rq.2020-02-02*/m/0f2rq.SFO.2020-02-06;c:USD;e:1;s:0*0;sd:1;t:f.

5.      Attached as Exhibit 4 is a true and correct copy of Google Flights search results from San Francisco, California to Dublin, Ireland retrieved on January 17, 2020 from

https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx=2&hl=en&gl=us#flt=SFO.DUB.2020-02-02*DUB.SFO.2020-02-06;c:USD;e:1;s:0*0;sd:1;t:f&tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB.

6.      Attached as Exhibit 5 is a true and correct copy of Google Flights search results from Waco, Texas to Dublin, Ireland retrieved on January 17, 2020 from

https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx=2&hl=en&gl=us#flt=ACT.DUB.2020-02-02*DUB.ACT.2020-02-06;c:USD;e:1;sd:1;t:f&tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB

7.      Attached as Exhibit 6 is a true and correct copy of Google Flights search results from Dallas, Texas to Dublin, Ireland retrieved on January 17, 2020 from

https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiA

2

AOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx=2&hl=en&gl=us#flt=/m/0f2rq.DUB.2020-02-02*DUB./m/0f2rq.2020-02-06;c:USD;e:1;sd:1;t:f&tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB

8.      Attached as Exhibit 7 is a true and correct copy of Google Flights search results from Tokyo, Japan to San Francisco, California retrieved on January 17, 2020 from https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx=2&hl=en&gl=us#flt=/m/07dfk.SFO.2020-02-02*SFO./m/07dfk.2020-02-06;c:USD;e:1;s:0*0;sd:1;t:f&tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB.

9.      Attached as Exhibit 8 is a true and correct copy of Google Flights search results from Tokyo, Japan to Waco, Texas retrieved on January 17, 2020 from https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx=2&hl=en&gl=us#flt=/m/07dfk.ACT.2020-02-02*ACT./m/07dfk.2020-02-06;c:USD;e:1;sd:1;t:f&tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB

10.     Attached as Exhibit 9 is a true and correct copy of Google Flights search results from Tokyo, Japan to Austin, Texas or  retrieved on January 17, 2020 from

https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx=2&hl=en&gl=us#flt=/m/07dfk.AUS.2020-02-02*AUS./m/07dfk.2020-02-06;c:USD;e:1;sd:1;t:f&tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB

11. Attached as Exhibit 10 is a true and correct copy of Google Flights search results from Beijing, China to San Francisco, California retrieved on January 17, 2020 from

https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx=2&hl=en&gl=us#flt=/m/01914.SFO.2020-02-02*SFO./m/01914.2020-02-06;c:USD;e:1;s:0*0;sd:1;t:f&tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB.

12. Attached as Exhibit 11 is a true and correct copy of Google Flights search results from Beijing, China to Waco, Texas retrieved on January 17, 2020 from

https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx=2&hl=en&gl=us#flt=/m/01914.ACT.2020-02-02*ACT./m/01914.2020-02-06;c:USD;e:1;sd:1;t:f&tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB

13. Attached as Exhibit 12 is a true and correct copy of Google Flights search results from Beijing, China to Austin, Texas retrieved on January 17, 2020 from https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx=2&hl=en&gl=us#flt=/m/01914.AUS.2020-02-02*AUS./m/01914.2020-02-06;c:USD;e:1;sd:1;t:f&tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB

14. Attached as Exhibit 13 is a true and correct copy of Google Flights search results from Seoul, South Korea to San Francisco, California retrieved on January 17, 2020 from https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx=2&hl=en&gl=us#flt=/m/0hsqf.SFO.2020-02-02*SFO./m/0hsqf.2020-02-06;c:USD;e:1;s:0*0;sd:1;t:f&tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB.

15. Attached as Exhibit 14 is a true and correct copy of Google Flights search results from Seoul, South Korea to Waco, Texas retrieved on January 17, 2020 from https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx=2&hl=en&gl=us#flt=/m/0hsqf.ACT.2020-02-02*ACT./m/0hsqf.2020-02-

06;c:USD;e:1;sd:1;t:f&tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzB mMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB

16. Attached as Exhibit 15 is a true and correct copy of Google Flights search results from Seoul, South Korea to Austin, Texas retrieved on January 17, 2020 from

https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2Nv Ei4KCC9tLzBmMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiA AOABSAmAB&ved=2ahUKEwjGyM7DqYvnAhWPiuwKHWcdCLgQyJABegQIABAN&ictx =2&hl=en&gl=us#flt=/m/0hsqf.AUS.2020-02-02*AUS./m/0hsqf.2020-02- 06;c:USD;e:1;sd:1;t:f&tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzB mMnJxEgZEYWxsYXMaGAoKMjAyMC0wMi0wMhIKMjAyMC0wMi0wNiAAOABSAmAB

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 21st day of January, 2020, in Austin, Texas.

*/s/ John M. Guaragna*
John M. Guaragna

6

WEST\289074941.1