# EXHIBIT 1



# Board of Directors



## Gerald Padian

**Director**

VIEW PROFILE

## James Prusko

**Director**

VIEW PROFILE



## Ciaran O'Gara

**Managing Director**

VIEW PROFILE



**Managing Director**

VIEW PROFILE

# Team

### Angela Quinlan

**Vice President of Licensing and Associate General Counsel**

VIEW PROFILE

### Colm O'Riordan

**Chief Technical Officer**

VIEW PROFILE

### Robert Beirne

**Associate Engineer**

VIEW PROFILE



### Adam Mullooly

**Acquisition Manager**

VIEW PROFILE



## Contact Us

If you are interested in licensing opportunities, please contact us.

email us

info@solasoled.com

call us

+353 1 691 7398





# Solas OLED Ltd.

4-5 Burton Hall Road, Sandyford, Dublin 18 | +353 1 691 7398 | info@solasoled.com

in

Privacy | Cookie Policy | Sitemap

© 2018 SolasOLED LTD. | Web Design by Granite Digital.







## Gerald Padian

**Director**

Gerald Padian is the Chairman of the Board of Directors. Gerald provides extensive experience in the development of emerging technologies and patent licensing. Gerald co-founded Realtime Data LLC in 1998 and currently serves as its President and a member of its Board of Managers. Realtime Data is an inventor-owned research and development company focusing on technology in the field of data acceleration and advanced data compression. Its patent portfolio has been licensed to some of the world's top leaders in computing, wireless, WAN acceleration and financial services. In addition to his positions with Solas OLED and Realtime Data, Gerald is an independent investor focusing on investments in digital technology companies in Ireland.

Gerald earned a B.S. in Economics from Fordham University and a J.D. from Fordham Law School.

# Board of Directors

### Gerald Padian
**Director**

VIEW PROFILE

### James Prusko
**Director**

VIEW PROFILE

### Ciaran O'Gara
**Managing Director**

VIEW PROFILE







# James Prusko

**Director**

Jim Prusko, Co-Head Structured Credit, Magnetar

Prior to joining Magnetar Capital in 2005, Mr. Prusko was the Head of Fixed Income at OTA Asset Management. In this role, he managed the capital structure and long/short credit strategies for the OTA Multi-Strategy Fund. He also implemented and managed the Treasury Futures basis and Treasury repo strategies. Previously, Mr. Prusko spent eleven years at Putnam Investments performing a variety of different functions. Most recently, he was a Managing Director and Team Leader of High-Grade Credit, where he was responsible for all investment-grade corporate investments across Core Fixed Income portfolios. Before that, he was a Senior Portfolio Manager and Senior Vice President in the Core Fixed Income Group. He also spent time in the Taxable Investment Grade, Tax-Exempt Income, and Derivative Strategies groups.

Mr. Prusko earned an MBA from the Amos Tuck School of Business Administration at Dartmouth College. In addition, he earned MS and BS degrees in Chemical Engineering from the Massachusetts Institute of Technology.

# Board of Directors

### Gerald Padian
**Director**

VIEW PROFILE

### James Prusko
**Director**

VIEW PROFILE

### Ciaran O'Gara
**Managing Director**

VIEW PROFILE





## Ciaran O'Gara

**Managing Director**

Ciaran O'Gara is the Managing Director of Solas OLED Ltd. Ciaran has over 8 years of experience managing and providing strategic direction to technology companies and has spent over 17 years working in the advanced technology sector on a worldwide basis.

Prior to joining Solas, Ciaran worked for Wayfair, Inc., a multinational company where he successfully managed and led a team of employees across a number of European countries. As the Managing Director of Solas OLED Ltd., Ciaran manages the Solas technology, marketing and licensing teams and oversees the company's day-to-day operations.

Ciaran earned a Masters in Information System Management from the National University of Ireland, Galway.

## Board of Directors

### Gerald Padian
**Director**

VIEW PROFILE

### James Prusko
**Director**

VIEW PROFILE

### Ciaran O'Gara
**Managing Director**

VIEW PROFILE







# Sean O'Sullivan

**Director**

Sean O'Sullivan is a Senior Vice President at Maples Fiduciary Services (Ireland) Limited. Sean has experience in a wide range of asset finance and structured finance transactions including aircraft leasing, note programmes and loan securitisations.

Sean previously worked for Maples Fund Services and has extensive experience in providing accounting and administration services for complex fund structures including hedge funds, multi-manager funds, private equity funds, emerging market funds and unit trusts. Sean joined Maples in 2009. He previously worked for UBS Fund Services.

Prior to that, he worked for PricewaterhouseCoopers New York, IFS (International Fund Services) and KPMG Dublin. Sean graduated from Dublin Business School with a BA (Hons) Accounting and Finance. He is a member of the Institute of Chartered Accountants of Ireland.

## Board of Directors

### Gerald Padian
**Director**

VIEW PROFILE

### James Prusko
**Director**

VIEW PROFILE

### Ciaran O'Gara
**Managing Director**

VIEW PROFILE







# Angela Quinlan

**Vice President of Licensing and Associate General Counsel**

Angela joined Solas OLED in April 2019 as Vice President of Licensing and Associate General Counsel. Her responsibilities include licensing and patent prosecution. Angela is also focused on new business development and portfolio acquisition.

Prior to joining Solas OLED Angela was Senior Patent Counsel at Longitude Licensing, where she was responsible for the management of Longitude's portfolio of 3,500 semiconductor and storage patents, as well as leading the team responsible for prosecution and development of Longitude's patent applications globally.

Prior to her role at Longitude Licensing, Angela worked in private practice in top tier firms both in Ireland and the UK. She has extensive experience in drafting and prosecuting applications relating to semiconductor technology, data processing, coding, encryption and industry standards in the ICT sector. Angela also has substantial experience in both challenging and defending European patents during opposition proceedings and in providing infringement and validity opinions.

Angela is a certified Irish, UK and European Patent Attorney and also has a certificate in Intellectual Property Litigation (UK). She graduated first in her class in Electronic Engineering in Trinity College Dublin, Ireland where she went on to earn a PhD in digital signal processing. She spent one year of her PhD working in the École Normale Supérieure Cachan, Paris, France. After completing her PhD she spent two years working as a post-doctoral researcher at the Institute of Advanced Industrial Science and Technology, Tsukuba, Japan. Angela's research focused on the use of array signal processing for acoustical source location and tracking.

## B

| Director | Director | Managing Director |
|---|---|---|
| VIEW PROFILE | VIEW PROFILE | VIEW PROFILE |





☰

# Colm O'Riordan PhD

**Chief Technical Officer**



Dr. Colm O'Riordan is Chief Technical Officer at Solas OLED Ltd. He has over 10 years of experience in R&D, product development and project management roles across a diverse range of application areas involving photonics and optoelectronic technologies.

Prior to joining Solas OLED, Colm was an optoelectronic engineer with Tomra Sorting Ltd., developing illumination and imaging systems for industrial, automated whole food sorters. Prior to this he was a project manager and design lead at the Irish Photonic Integration Centre (IPIC) based at Tyndall National Institute, Cork, where he worked with a Silicon Valley based start-up to develop an ultra-compact optical coherence tomography (OCT) based biometric imaging sensor. Colm has also held roles as a senior optical design engineer at Nualight Ltd. developing LED illumination systems and as a senior postdoctoral researcher at Tyndall National Institute investigating flexible optical frequency comb sources for use in high speed optical communications systems. He holds a 1st class honours B.Eng. degree in Electronic Engineering and a Ph.D. in Photonics from the University of Limerick, Ireland.

Dr. O'Riordan is responsible for managing the Solas OLED engineering team, directing OLED product reverse engineering activities in collaboration with our partners and overseeing the development of claim charts for the many patents in the Solas OLED patent portfolio. Colm is also responsible for managing existing and new patent applications within the Solas OLED portfolio, evaluating other patent portfolios for potential acquisition and investigating and developing new OLED technology solutions.

# Board

### Gerald Padian
**Director**

VIEW PROFILE

### James Prusko
**Director**

VIEW PROFILE

### Ciaran O'Gara
**Managing Director**

VIEW PROFILE





# Robert Beirne

**Associate Engineer**

Robert is an Associate Engineer at Solas OLED Ltd. Robert is a graduate of Dublin City University where he earned a Bachelor's degree in Electronic and Computer Engineering, majoring in Electronic Systems and Devices. During this 4-year course, Robert completed a 6-month internship with Nypro Healthcare Ltd., a multinational company specialising in medical device fabrication. During his time at Nypro, he worked with the Engineering Maintenance team on a number of projects, ranging from practical automation-line maintenance to software development.

Robert is focused on on OLED display architecture, driver circuity analysis and claim chart development at Solas.

# Board of Directors

## Gerald Padian
**Director**

VIEW PROFILE

## James Prusko
**Director**

VIEW PROFILE

## Ciaran O'Gara
**Managing Director**

VIEW PROFILE







## Adam Mullooly

**Acquisition Manager**

Adam is an Acquisition Manager at Solas OLED Ltd. As an Acquisition Manager Adam monitors companies conducting research and development in emerging technology markets. Adam is responsible for building relationships with technology partners and investigating new and exciting assets for acquisition. Adam is responsible for relationship development, procurement and deal origination of intellectual property assets.

Prior to becoming an Acquisition Manager, Adam was a Market Analyst with Solas OLED Ltd. As a Market Analyst, Adam managed and coordinated the research of all OLED technological advancements, current products and chain of supply, and he monitored trends and developments in the OLED market and provided in-depth analysis.

Adam holds a bachelor's degree in Business and Law from University College Dublin.

## Board of Directors

### Gerald Padian
**Director**

VIEW PROFILE

### James Prusko
**Director**

VIEW PROFILE

### Ciaran O'Gara
**Managing Director**

VIEW PROFILE

