# EXHIBIT 2



## Join Our Team

We are always looking for talented people to join our team. If you'd like to be part of Solas' team, send us your resume.

**What Solas OLED offers you:**

○ An excellent compensation and benefits package. ○ The chance to work in a research role where your input matters, informs decision making and is highly impactful. ○ A front-line role where you are a key part of the company's strategy. ○ Autonomy in a low bureaucracy environment. ○ A fun and fast paced environment with great colleagues.

## Senior Electrical Engineer

📍 **Dublin based**

## Researcher

📍 **Dublin based**



VIEW DETAILS                    VIEW DETAILS

# Senior Electrical Engineer

📍 **Dublin based**

**APPLY FOR THIS JOB**

Solas OLED Ltd., a Dublin based research, development and licensing company, is looking for a senior engineer/technologist to join our team. You will work with cutting-edge technologies such as AMOLED displays and capacitive touch sensors found in mass market consumer electronics devices.

**Responsibilities:**

- Support company management in all technology analysis
- Conduct research to develop understanding of technology utilisation in current and future markets
- Support company management in technology and intellectual property licensing efforts
- Develop relationships with technology experts
- Assist in the development of new patent applications
- Contribute to the filing of open patent applications/continuations
- Participate in the technical review of new patent portfolios for sale

**The ideal candidate has:**

- A Master's degree in electrical/electronic engineering, computer engineering, physics, photonics, or a related discipline
- Excellent academic credentials
- At least 4 years of industry experience in a similar role
- A rigorous attention to detail with a strong self-starting work ethic
- Excellent communication skills and technical presentation skills
- Capability to work well independently and as part of a team
- A broad interest in technology with a solid understanding of how photonics, electronics, and manufacturing process technologies are applied to products in the consumer electronics market space
- Experience in systems engineering technologies and methodologies
- Experience with process analysis and/or electronic circuit extraction
- Ability to interpret micrographs, SEM scans and EDX imagery
- Experience with semiconductors, LED's or OLED's is beneficial
- Familiarity with writing or evaluating and charting patent claims to products is a plus

# Researcher

📍 **Dublin based**

**The Opportunity:**



Solas OLED is looking to add a Researcher to its growing team based in South Dublin. This is an opportunity to join a dynamic start up within the technology sector and play a front-line role in growing the company's business portfolio. The role is highly impactful with day to day interaction with key stakeholders.

Working in the area of display and screen technology you will be actively involved in tracking current and emerging technologies and their impact on the OLED industry.

This is a fantastic opportunity for an individual interested in pursuing a career in an analytically focused and data driven role where they want to see first-hand how their work impacts company strategy and results.

**Responsibilities:**

- Work with the leadership to determine and shape the daily and long-term research task and strategy.
- Understand and research industry trends and market performance figures.
- Monitor industry news and activity using the latest online tracking and analytics tools and resources.
- Compile quantitative and qualitative industry reports as required by the business.
- Track and document industry data for use in business decision making and strategy.
- Contact industry experts and market analysts to extract market data
- Build reports and presentations for the senior business team.

**The ideal candidate has:**

- Degree level education with an understanding of conducting research and using research methodologies.
- Some practical research experience in a corporate environment or within the technology sector would be ideal but is not essential.
- A real interest in technology and an understanding of the consumer technology space.
- Good Excel skills and the ability to create reports by using and manipulating data.
- Comfortable communicating and connecting with industry experts and external stakeholders on a regular basis.
- Comfortable working in a fast paced start up style environment.



## Solas OLED Ltd.

4-5 Burton Hall Road, Sandyford, Dublin 18 | +353 1 691 7398 | info@solasoled.com

in

Privacy  |  Cookie Policy  |  Sitemap

© 2018 SolasOLED LTD. | Web Design by Granite Digital.