# EXHIBIT 3

Google

M

Round trip ▾ 1 passenger ▾ Economy ▾

San Francisco SFO ⇄ Austin AUS | Sun, Feb 2 < > | Thu, Feb 6 < >

Bags ▾ | Nonstop ✕ | Airlines ▾ | Price ▾ | Times ▾ | Connecting airports ▾ | More ▾

Track prices ⓘ

Date grid | Price graph | Nearby airports

## Best departing flights ⓘ

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| | | | |
|---|---|---|---|
| 7:54 AM – 1:20 PM<br>United | 3h 26m<br>SFO–AUS | Nonstop | $133<br>round trip |
| 10:40 AM – 4:14 PM<br>United | 3h 34m<br>SFO–AUS | Nonstop | $133<br>round trip |
| 4:47 PM – 10:15 PM<br>United | 3h 28m<br>SFO–AUS | Nonstop | $133<br>round trip |

Prices are currently low — $84 cheaper than usual for your dates. Details

## Other departing flights

| | | | |
|---|---|---|---|
| 1:30 PM – 7:01 PM<br>United | 3h 31m<br>SFO–AUS | Nonstop | $239<br>round trip |
| 8:50 AM – 2:25 PM<br>Alaska | 3h 35m<br>SFO–AUS | Nonstop | $312<br>round trip |
| 6:25 PM – 11:54 PM<br>Alaska | 3h 29m<br>SFO–AUS | Nonstop | $312<br>round trip |

## Hotels in Austin ⓘ

Nightly prices for 1 guest Feb 2–Feb 6

Search for hotels

JW Marriott Austin
4.6 ★★★★★ (5257)

Omni Austin Hotel at...
4.2 ★★★★★ (2359)

Four Seasons Hotel Austin
4.6 ★★★★★ (1654)

## Explore more destinations from San Francisco



