# EXHIBIT 4



1/17/2020

Case 6:19-cv-00537-ADA   Document 23-7   Filed 01/21/20   Page 3 of 3

Flights



 

https://www.google.com/travel/flights?tcfs=ChkKCC9tLzBkNmxwGg1TYW4gRnJhbmNpc2NvEi4KCC9tLzBmMnJxEgZEZYWxsYXMaGAoKMjAyMC0w…   2/2