# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD.,<br>*Plaintiff,*<br><br>v.<br><br>DELL INC.,<br>*Defendant.* | Case No. 6:19-cv-00514-ADA |
| SOLAS OLED LTD.,<br>*Plaintiff,*<br><br>v.<br><br>GOOGLE LLC,<br>*Defendant.* | Case No. 6:19-cv-00515-ADA |
| SOLAS OLED LTD.,<br>*Plaintiff,*<br><br>v.<br><br>APPLE INC.,<br>*Defendant.* | Case No. 6:19-cv-00537-ADA |
| SOLAS OLED LTD.,<br>*Plaintiff,*<br><br>v.<br><br>HP INC.,<br>*Defendant.* | Case No. 6:19-cv-00631-ADA |

## SCHEDULING ORDER

In response to the Court orders in the above-captioned cases resetting the Markman hearing for August 14, 2020, and setting jury selection and trial for May 10, 2021, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of these matters:

| Proposed Deadline | Item |
| --- | --- |
| Thursday, May 7, 2020 | In HP case (6:19-cv- 00631), parties exchange claim terms for construction. |
| Wednesday, May 22, 2020 | Parties exchange proposed claim constructions. |
| Friday, May 29, 2020 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall also provide a summary of the witness's expected testimony including the opinions to be expressed and a general description of the basis and reasons therefore. A failure to summarize the potential expert testimony in a good faith, informative fashion may result in the exclusion of the proffered testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| Friday, June 5, 2020 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| Thursday, June 25, 2020 | Parties file Opening claim construction briefs, including any arguments that any claim terms are indefinite. |
| Thursday, July 16, 2020 | Parties file Responsive claim construction briefs. |
| Thursday, July 30, 2020 | Parties file Reply claim construction briefs. |
| Friday, July 31, 2020 | Parties submit Joint Claim Construction Statement and consolidated briefing collated by Opening, Response, and Reply. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings.<br><br>Parties may begin exchanging written discovery and serving third-party subpoenas |
| Friday, August 14, 2020 | Markman Hearing at 9:00 a.m. |

| **Proposed Deadline** | **Item** |
|---|---|
| Friday, August 21, 2020 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| Friday, September 11, 2020 | Deadline to add parties. |
| Friday, September 18, 2020 | Deadline to serve Final Infringement and Invalidity Contentions. |
| Friday, September 25, 2020 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| Friday, December 11, 2020 | Close of Fact Discovery. |
| Wednesday, December 23, 2020 | Opening Expert Reports. |
| Wednesday, January 27, 2021 | Rebuttal Expert Reports. |
| Wednesday, February 17, 2021 | Close of Expert Discovery. |
| Friday, February 19, 2021 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue. The parties shall file a report within 5 business days regarding the results of the meet and confer. |
| Friday, February 26, 2021 | Dispositive motion deadline and *Daubert* motion deadline. |
| Friday, March 12, 2021 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| Friday, March 26, 2021 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Friday, April 2, 2021 | Serve objections to rebuttal disclosures and **File** Motions *in limine*. |
| Friday, April 9, 2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| Wednesday, April 14, 2021 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |

| Proposed Deadline | Item |
|---|---|
| Friday, April 16, 2021 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| Wednesday, April 21, 2021 | Final Pretrial Conference. The Court expects to set the Pretrial Conference within 2-4 weeks of the trial date. |
| Monday, May 10, 2021 | Jury Selection/Trial. |

SIGNED this day of __April 7_____, 20 _20_ .

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

3