# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD.,<br>        *Plaintiff,*<br>v.<br>DELL INC.,<br>        *Defendant.* | Case No. 6:19-cv-00514-ADA |
| SOLAS OLED LTD.,<br>        *Plaintiff,*<br>v.<br>GOOGLE LLC,<br>        *Defendant.* | Case No. 6:19-cv-00515-ADA |
| SOLAS OLED LTD.,<br>        *Plaintiff,*<br>v.<br>APPLE INC.,<br>        *Defendant.* | Case No. 6:19-cv-00537-ADA |
| SOLAS OLED LTD.,<br>        *Plaintiff,*<br>v.<br>HP INC.,<br>        *Defendant.* | Case No. 6:19-cv-00631-ADA |

## SCHEDULING ORDER

In response to the Court orders in the above-captioned cases resetting setting jury selection and trial for April 5, 2021, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of these matters:

| Proposed Deadline | Item |
| --- | --- |
| Thursday, June 25, 2020 | Parties file Opening claim construction briefs, including any arguments that any claim terms are indefinite. |
| Thursday, July 16, 2020 | Parties file Responsive claim construction briefs. |
| Thursday, July 30, 2020 | Parties file Reply claim construction briefs. |
| Friday, July 31, 2020 | Parties submit Joint Claim Construction Statement and consolidated briefing collated by Opening, Response, and Reply. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings.<br><br>Parties may begin exchanging written discovery and serving third-party subpoenas |
| Friday, August 14, 2020 | Markman Hearing at 9:00 a.m. |
| Friday, August 21, 2020 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| Friday, September 11, 2020 | Deadline to add parties. |
| Friday, September 18, 2020 | Deadline to serve Final Infringement and Invalidity Contentions. |
| Friday, September 25, 2020 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| Friday, November 20, 2020 | Close of Fact Discovery. |
| Tuesday, November 24, 2020 | Opening Expert Reports. |
| Wednesday, December 23, 2020 | Rebuttal Expert Reports. |
| Wednesday, January 20, 2021 | Close of Expert Discovery. |

1

| Proposed Deadline | Item |
|---|---|
| Friday, January 22, 2021 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue. The parties shall file a report within 5 business days regarding the results of the meet and confer. |
| Friday, January 29, 2021 | Dispositive motion deadline and *Daubert* motion deadline. |
| Wednesday, February 17, 2021 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| Wednesday, February 24, 2021 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Wednesday, March 3, 2021 | Serve objections to rebuttal disclosures and **File** Motions *in limine*. |
| Wednesday, March 10, 2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| Friday, March 12, 2021 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Monday, March 15, 2021 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| Wednesday, March 17, 2021 | Final Pretrial Conference. The Court expects to set the Pretrial Conference within 2-4 weeks of the trial date. |
| Monday, April 5, 2021 | Jury Selection/Trial. |

SIGNED this day of __June 21_____, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE