# Exhibit 7

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| SOLAS OLED LTD., *Plaintiff,* v. DELL INC., *Defendant.* | Case No. 6:19-cv-00514-ADA |
| SOLAS OLED LTD., *Plaintiff,* v. GOOGLE LLC, *Defendant.* | Case No. 6:19-cv-00515-ADA |
| SOLAS OLED LTD., *Plaintiff,* v. APPLE INC., *Defendant.* | Case No. 6:19-cv-00537-ADA |
| SOLAS OLED LTD., *Plaintiff,* v. HP INC., *Defendant* | Case No. 6:19-cv-00631-ADA |

**JOINT REVISED LIST OF TERMS/CONSTRUCTIONS**

Under the scheduling orders in the above-captioned cases, Plaintiff Solas OLED LTD. ("Solas") and Defendants Dell Inc., ("Dell"), Google LLC, ("Google"), Apple Inc., ("Apple"), and HP Inc., ("HP") met and conferred to narrow the terms in dispute and regarding a joint revised list of terms/constructions. The parties identify the following terms with agreed constructions, and

disputed terms and constructions that expect to be argued in the Parties' opening claim construction briefs. The parties reserve the right to further meet and confer, and narrow disputes consistent with the Court's orders and procedures.

## I. U.S. PATENT NO. 6,072,450 ("'450 PATENT")

The '450 patent is asserted in *Solas v. Dell* (6:19-cv-00514-ADA), *Solas v. Google* (6:19-cv-00515-ADA) and *Solas v. Apple* (6:19-cv-00537-ADA). The following terms/constructions for the '450 patent apply only to those cases and the parties.

### A. Agreed Terms

| Claim Term / Asserted Claim(s) | Agreed Construction |
|---|---|
| "active elements"<br><br>(claims 1, 4) | circuit elements that have gain or that direct current flow, e.g., transistors |
| "light lays [sic] in a first wavelength range pass through said at least one filter selectively when incident light rays in a second wavelength range including said first wave length range enter said at least one filter"<br><br>(claim 12) | Plain and ordinary meaning. "lays [sic]" means and should be replaced with "rays" |

## II. U.S. PATENT NO. 7,446,338 ("'338 PATENT")

The '338 patent is asserted in *Solas v. Google* (6:19-cv-00515-ADA) and *Solas v. Apple* (6:19-cv-00537-ADA). The following terms/constructions for the '338 patent apply only to those cases and parties.

### A. Agreed Terms

| Claim Term / Asserted Claim(s) | Agreed Construction |
|---|---|
| "the pixel electrodes being arrayed along the interconnections between the interconnections on the surface of the transistor array substrate"<br><br>(claim 1) | the pixel electrodes are arrayed along the interconnections and located between the interconnections, and the pixel electrodes are on the surface of the transistor array substrate |

### B. Disputed Terms

| Claim Term / Asserted Claim(s) | Solas's Construction | Defendants' Construction |
|---|---|---|
| "transistor array substrate"<br><br>(claim 1, 4) | layered structure upon which or within which a transistor array is fabricated | a layered structure composed of a bottom insulating layer through a topmost layer on whose upper surface pixel electrodes are formed, which contains an array of transistors |
| "project from a surface of the transistor array substrate"<br><br>(claim 1) | extend from an external surface of the transistor array substrate | extend above the upper surface of the transistor array substrate |
| "write current"<br><br>(claim 1) | Plain and ordinary meaning | pull-out current |

## III. U.S. PATENT NO. 7,573,068 ("'068 PATENT")

The '068 patent is asserted in *Solas v. Apple* (6:19-cv-00537-ADA) and *Solas v. HP* (6:19-cv-00631). The following terms/constructions for the '068 patent apply only to those cases and parties.

### A. Agreed Terms

| Claim Term / Asserted Claim(s) | Agreed Construction |
|---|---|
| "feed interconnections"<br><br>(claims 1, 13) | conductive structures in a different layer or layers than the supply line that also provide connections to a source that supplies voltage and/or current |
| "patterned together [with]"<br><br>(claims 1, 13) | "patterned to fit together [with]" wherein "patterning" may consist of one of more fabrication steps[1] |

### B. Disputed Terms

| Claim Term / Asserted Claim(s) | Solas's Construction | Defendants' Construction |
|---|---|---|
| "supply lines"<br><br>(claims 1, 13) | conductive lines supplying current or voltage | conductive lines, each supplying a driving current or voltage to a plurality of pixel circuits |
| "formed on said plurality of supply lines along said plurality of supply lines"<br><br>(claim 1) | formed on said plurality of supply lines over the length or direction of said plurality of supply lines | stacked on or making multiple contacts with said plurality of supply lines over the length of each supply line |
| "connected to said plurality of supply lines along said plurality of supply lines"<br><br>(claim 13) | connected to said plurality of supply lines over the length or direction of said plurality of supply lines | stacked on or making multiple contacts with said plurality of supply lines over the length of each supply line |
| "signal lines"<br><br>(claims 1, 13) | conductive lines supplying signals | conductive lines carrying data |

[1] Solas, Apple, and HP are filing a joint motion adopting this construction, while also preserving the right of Apple and HP to appeal the construction based on the positions, record, and arguments made in *Solas OLED Ltd. v. LG Display Co., Ltd. et al.*, 6:19-CV-00236-ADA (W.D. Tex.)

| Claim Term / Asserted Claim(s) | Solas's Construction | Defendants' Construction |
|---|---|---|
| "source"<br><br>(claims 1, 5, 12, 13, 17) | Plain and ordinary meaning | source electrode |
| "drain"<br><br>(claims 1, 5, 12, 13, 17) | Plain and ordinary meaning | drain electrode |

## IV. U.S. PATENT NO. 7,499,042 ("'042 PATENT")

The '042 patent is asserted in *Solas v. HP* (6:19-cv-00631). The following terms / constructions for the '042 patent apply only to that case and Solas and HP.

### A. Disputed Terms

| Claim Term / Asserted Claim(s) | Solas's Construction | HP's Construction |
|---|---|---|
| "selection period"<br><br>(claim 1) | time period during which a plurality of pixel circuits is selected | time duration in which a selected selection scan line is kept active |
| "sequentially selects said plurality of selection scan lines in each selection period"<br><br>(claim 1) | Plain and ordinary meaning | selects said plurality of selection scan lines one per each of a plurality of non-overlapping selection periods |
| "designating current"<br><br>(claim 1) | Plain and ordinary meaning, i.e., current designating a value corresponding to an image signal | current having a specified current value that is held constant |
| "current lines"<br><br>(claim 1) | Plain and ordinary meaning, i.e., conductive lines for carrying current | conductive lines, each connected to a plurality of pixel circuits and carrying current |

## V. U.S. PATENT NO. 7,663,615 ("'615 PATENT")

The '615 patent is asserted in *Solas v. HP* (6:19-cv-00631). The following terms/ constructions for the '615 patent apply only to that case and Solas and HP.

### A. Agreed Terms

| Claim Term / Asserted Claim(s) | Agreed Construction |
|---|---|
| "gradation"<br><br>(claims 11, 13) | level |
| "light emission control section"<br><br>(claim 11) | drive transistor |

### B. Disputed Terms

| Claim Term / Asserted Claim(s) | Solas's Construction | HP's Construction |
|---|---|---|
| "the operation"<br><br>(claim 11) | Plain and ordinary meaning, not indefinite. Within the claim phrase "a drive voltage for making the light emission control section perform the operation," the term "the operation" refers to "generating a light emission drive current having a predetermined current value in accordance with the electric charges accumulated in the electric charge accumulating section and supplying the light emission drive current to the light emission element." | Indefinite |
| "precharge operation" | Plain and ordinary meaning | Indefinite |

| Claim Term / Asserted Claim(s) | Solas's Construction | HP's Construction |
|---|---|---|
| "writing control section"<br><br>(claim 11) | Plain and ordinary meaning, i.e., circuit section that controls writing | a transistor that controls the writing of both the gradation sequence signal and the precharge voltage from a data line to the charge accumulating section |
| "data lines"<br><br>(claim 11) | Plain and ordinary meaning, i.e., conductive lines for supplying information | conductive lines, each connected to and carrying data to a plurality of light emission drive circuits |

Dated: June 12, 2020

Respectfully submitted,

*/s/ Philip X. Wang*

Marc Fenster
California State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
Email: rmirzaie@raklaw.com
California State Bar No. 246953
Neil A. Rubin
California State Bar No. 250761
Email: nrubin@raklaw.com
Philip X. Wang
California State Bar No. 262239
pwang@raklaw.com
Kent N. Shum
California State Bar No. 259189
Email: kshum@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Tel: 310.826.7474

Sean A. Luner
California State Bar No. 165443
E-mail: sean@dovel.com
Gregory S. Dovel
California State Bar No. 135387
Email: greg@dovel.com
Jonas Jacobson
Email: jonas@dovel.com
California State Bar No. 269912
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: 310.656.7066

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
Email: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, TX 75606
Tel: 903.757.6400

**Attorneys for Plaintiff SOLAS OLED, LTD.**

By */s/ Mark Liang*
Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Email: melissa@gillamsmithlaw.com

Ryan K. Yagura
Texas Bar No. 24075933
Nicholas J. Whilt
Brian M. Cook
Boris Mindzak
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: 213-430-6000
Email: ryagura@omm.com
Email: nwhilt@omm.com
Email: bcook@omm.com
Email: bmindzak@omm.com

Darin W. Snyder
David S. Almeling
Mark Liang
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8846
Email: dsnyder@omm.com

Email: dalmeling@omm.com
Email: mliang@omm.com

**ATTORNEYS FOR DEFENDANTS, HP INC. AND GOOGLE LLC**

By */s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Email: melissa@gillamsmithlaw.com
Fax: (903) 934-9257

Jeffrey H. Lerner
jlerner@cov.com
David A. Garr
dgarr@cov.com
Jared R. Frisch
jfrisch@cov.com
Grant D. Johnson
gjohnson@cov.com
Daniel W. Cho
dwcho@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000
Fax: (202) 662-6291

Robert T. Haslam
rhaslam@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Phone: (650) 632-4700
Fax: (650) 632-4800

**COUNSEL FOR DEFENDANT DELL INC. AND INTERVENOR SAMSUNG**

**DISPLAY CO., LTD.**

*By: /s/ Michael D. Jay*
JOHN M. GUARAGNA
Texas Bar No. 199277
john.guaragna@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Tel: 512.457.7000
Fax: 512.457.7001

MICHAEL D. JAY (pro hac vice)
Bar No. 223827
michael.jay@dlapiper.com
NANDAN R. PADMANABHAN (pro hac vice)
Bar No. 280309
nandan.padmanabhan@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300

MARK FOWLER (pro hac vice)
Bar No. 124235
mark.fowler@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

**Attorneys for DEFENDANT APPLE INC.**

**CERTIFICATE OF SERVICE**

I certify that on June 12, 2020, all counsel of record were served with a copy of the foregoing document via electronic mail.

*/s/ Philip X. Wang*
Philip X. Wang