# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD., AN IRISH CORPORATION, | § § § § § § | CIVIL NO: WA:19-CV-00537-ADA |
| vs. | | |
| APPLE INC., APPLE INC., SOLAS OLED LTD., AN IRISH CORPORATION, | | |

## ORDER SETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING** by Zoom on **Friday, August 14, 2020 at 09:00 AM**. The link for the hearing will be sent by e-mail.

IT IS SO ORDERED this 6th day of August, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE